TO: Clerk's Office
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK



## APPLICATION FOR LEAVE
## TO FILE DOCUMENT UNDER SEAL

*********************************

UNITED STATES OF AMERICA

-v.-

BERNARD RAYMOND AUGUSTINE

*********************************



Docket Number: 16 M 1107

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Peter W. Baldwin
Firm Name: U.S. Attorney's Office - EDNY
Address:   271 Cadman Plaza East
           Brooklyn, NY 11201
Phone Number: 718-254-6236
E-Mail Address: Peter.Baldwin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓   NO ___
If yes, state description of document to be entered on docket sheet:

Complaint and Arrest Warrant

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

December 9, 2016
DATE

_____
SIGNATURE

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Defendant has not been arrested; publication of charges could lead to flight and/or destruction of evidence

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK
       December 9, 2016

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE December 9, 2016
                                    DATE