UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                  18-CR-393 (SJ)

BERNARD RAYMOND AUGUSTINE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael T. Keilty from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Michael T. Keilty
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-7528
    Fax: (718) 254-6320
    Email: Michael.keilty@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael T. Keilty at the email address set forth above.

Dated: Brooklyn, New York
       August 7, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Michael T. Keilty
     Michael T. Keilty
     Assistant U.S. Attorney

cc: Clerk of the Court (SJ)