## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __James Orenstein__          DATE : __8/8/18__

DOCKET NUMBER: __18CR393(SJ)__          LOG # : __11:22 — 11:25__

DEFENDANT'S NAME : __Bernard Raymond Augustine__
          ✓ Present ___ Not Present          ✓ Custody ___ Bail

DEFENSE COUNSEL: _Allegra Glashausser_ __Samuel Jacobson__
          ✓ Federal Defender ___ CJA          ___ Retained

A.U.S.A: __Craig Heeren__          CLERK: __Felix Chin__

INTERPRETER : _____ (Language) _____

✓ Defendant arraigned on the : ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held. ____ Defendant's first appearance.

          ____ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
          ____ Defendant advised of bond conditions set by the Court and signed the bond.
          ____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
          ____ (Additional) surety/ies to co-sign bond by _____
          ____ After hearing, Court orders detention in custody. ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __8/8/18__ Stop __10/9/18__

____ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __10/9/18__ @ __1:30__ before Judge __Johnson__

Other Rulings : _____

_____

_____

_____

_____