

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MTK
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 14, 2019

<u>By Hand Delivery and ECF</u>

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

   Re: <u>United States v. Bernard Augustine</u>
     <u>Criminal Docket No. 18-393 (SJ)</u>

Dear Ms. Glashausser and Mr. Jacobson:

  Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

- Portions of a Federal Bureau of Investigation ("FBI") report reflecting the substance of an interview with the defendant's father, Samuel Ejaz (Bates No. BA0000293-BA0000294).

- Portions of an FBI report reflecting statements made by the defendant (Bates No. BA0000295-BA0000302).

- Portions of an FBI report incorporating an email provided by Consular Services to the defendant's mother, Cheryl Alphonso (Bates No. BA0000303-BA0000304).

- Portions of an FBI report reflecting the substance of an interview with an employee of the Novotel Hotel, Tunis (Bates No. BA0000305-BA0000307).

- Portions of FBI reports containing updates on the defendant's status in Tunisian custody (Bates No. BA0000308-BA0000312).

- Letters reflecting statements made by the defendant (Bates No. BA0000031- BA0000034)

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 2, 2018.

Very truly yours,

RICHARD P. DONOGHUE<br>
United States Attorney

By:   /s/ Craig R. Heeren<br>
      Craig R. Heeren<br>
      Michael T. Keilty<br>
      Assistant U.S. Attorneys<br>
      (718) 254-6467/7528

Enclosures

cc:     Clerk of the Court (SJ) (by ECF) (without enclosures)