UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-                                      **DECLARATION**
                                                    18-CR-393 (SJ)

BERNARD AUGUSTINE,

               Defendant
------------------------------------------------------X

      I, Samuel I. Jacobson, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      1. I am an attorney employed by the Federal Defenders of New York, Inc., and am one of the attorneys of record assigned to represent Mr. Bernard Augustine.

      2. This declaration is submitted in support of Mr. Augustine's motion for a bill of particulars.

      3. This declaration is based upon my review of the relevant case records.

      4. The government has provided no discovery on any communication between Bernard Augustine and any member or associate of the Islamic State of Iraq and al-Sham, nor any other contact or connection between Augustine and a foreign terrorist organization ("FTO").

DATED:     July 14, 2019
                  Brooklyn, NY

                                                      Respectfully Submitted,

                                                        _____
                                                        Samuel I. Jacobson
                                                        Counsel to Bernard Augustine
                                                        Federal Defenders of New York, Inc.
                                                        One Pierrepont Plaza, 16th Floor
                                                        Brooklyn, NY 11201
                                                        (718) 407-7429

Cc: AUSA Craig Heeren (via Email and ECF)
      AUSA Michael Keilty (via Email and ECF)
      Bernard Augustine (via Mail) (MDC Brooklyn)