TRULINCS 90712053 - AUGUSTINE, BERNARD RAYMOND - Unit: BRO-I-B

--------

FROM: 90712053
TO:
SUBJECT:
DATE: 03/11/2020 02:29:13 PM

In The Name of God Most Gracious Most Merciful
To Judge Sterling Johnson
Hope this letter finds you well.
I am writing to request that I wish to appear before you in court so I may fire my lawyers Samuel Jacobson and Allegra Glasshausser and I wish to represent myself unless another suitable lawyer or lawyers will be willing and able to work with me.

I appreciate very much the work Mr. Jacobson and Glasshausser has done for me but we have reached a stage in our work and relationship that there is a major conflict of interest As well as past grievances I hold against Mr. Jacobson and Mrs. Glasshausser which I would explain in court if necessary.

Thank you. May God guide you
Bernard Augustine

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2020 ★
BROOKLYN OFFICE


RECEIVED MAR 16 2020 PRO SE OFFICE

In the Name of God Most Gracious Most Merciful
To Judge Sterling Johnson

Hope this letter finds you well. I am writing to request that I wish to appear before you in court so I may fire my lawyers Samuel Jacobson and Allegra Glasshauser and I wish to represent myself unless another suitable lawyer or lawyers will be willing and able to work with me.

I appreciate very much the work Mr. Jacobson and Mrs. Glasshauser has done for me but we have reached a stage in our work and relationship that there is a major conflict of Interest. As well as past grievances I told against Mr. Jacobson and Mrs. Glasshauser which I would explain in court if necessary.

Thank you, May God guide you

[signature]

Bernard Augustine
# 90712-053
Metropolitan Detention Center
P.O. 29 St
Brooklyn, NY 11232

to Judge Sterling Johnson
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201