IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆   APR 27 2020   ★

BROOKLYN OFFICE

April 23 2020

. In the Name of Allah Most Gracious Most Merciful

To Magistrate Judge Robert M. Levy

. I was pleased to find out, as I have done during our latest court session,
. that I am able to control or affect my legal proceedings through the communication of
. a letter. Although I am not pleased to find out that I was never informed by
my lawyers that I had this ability available as a tool for me if I wished to use it.

          That being said (or written) I wish to ask the Judge that my Motions,
. which I have submitted previously, that they be revoked.

Time in prison and the study of my religion which is Islam has led me to the
conclusion that I do not wish to participate or cooperate in the so-called
"Justice system". The reasoning that has led me to this conclusion is such :

The United States' Religion of Secularism and Democracy is an idol set up and
worshipped (recognized as a governing and legislative entity) in opposition
to Allah the Exalted and Most High, to whom alone belongs legislation
and the only recognizable authority for the muslims, who will execute
our Lords legislation and judge only by what He has revealed.

So recognizing the fabricated authority of a rival to our Lord the Creator
   is the highest Injustice.

Therefore I refuse to recognize the supposed authority of the United States and its
institutions which include the Department of Justice (or I should say Department of Injustice)
and their Judicial Courts (or I should say Prejudicial court).

Then I will unwillingly participate if I am forced to defend myself
from what I see as an unjust accusation by an unjust government
   in an unjust trial and only Allah the Exalted and Most High is my Protector

May Allah guide you to the best path

Bernard Augustine

M 90712-053
Metropolitan Detention Center 100 29th St
Brooklyn, NY 11232

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11 201

24 APR 2020 PM 7 L

FOREVER / USA