

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CRH/JGH/JEA | *271 Cadman Plaza East* |
| F.#2016R00308 | *Brooklyn, New York 11201* |

July 22, 2021

<u>By ECF and Email</u>

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Bernard Raymond Augustine</u>
               <u>Criminal Docket No. 18-393 (SJ)</u>

Dear Judge Johnson:

      The government writes regarding the Court's request to inquire about the defendant's access to discovery materials in the above-referenced matter. The government contacted the Bureau of Prison's Metropolitan Detention Center ("MDC") immediately after the status conference. The government advised MDC staff of the defendant's claimed lack of access to discovery, and the Court's concerns about this issue. MDC staff advised this morning that the defendant's access was recently limited due to an administrative lock down of the entire facility due to an assault of staff members. MDC staff further advised that the defendant was given access today to the discovery in this case—in the form of access to a laptop and hard drive that contains a complete set of discovery materials—and that he will continue to have access going forward.

                                    Respectfully submitted,

                                      JACQUELYN M. KASULIS
                                    Acting United States Attorney

               By:    <u>/s/ Craig R. Heeren</u>
                        Craig R. Heeren
                        Josh Hafetz
                        Jonathan E. Algor
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Bernard Augustine (<u>pro se</u> defendant) (by USPS)
        Gary Villanueva and Susan Kellman (standby counsel) (by email)