UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BERNARD RAYMOND AUGUSTINE,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 27 2021 ★

BROOKLYN OFFICE

Docket No. 18-CR-393 (SJ)

<u>VERDICT SHEET</u>

On the sole count of the Indictment, attempt to provide material support to a designated foreign terrorist organization, how do you find the defendant BERNARD RAYMOND AUGUSTINE?

  GUILTY __✓__      NOT GUILTY _____

Dated:  Brooklyn, New York
    August **23**, 2021

            __Juror 3__
            Jury Foreperson

**COURT EXHIBIT**

**#3**

1