In the Name of God Most Gracious Most Merciful

to Judge Sterling Johnson

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 16 2022 ★
BROOKLYN OFFICE

RECEIVED
FEB 16 2022
PRO SE OFFICE

Feb 13 2022

I would like to get Sentenced as Soon as possible. I decline to participate in and request to forego the Pre-Sentencing Report ect.

In addition I have a pending motion to dismiss which I would like to withdraw.

I propose a status conference to confirm these matters discussed and to get notice of the sentencing date which once again I ask for to be given as soon as possible.

Thank you
Bernard Ayorta

Bernard Augustine 90712-053
Metropolitan Detention Center
100 29th st Brooklyn, NY 11232

NEW YORK NY 100

14 FEB 2022 PM 6 L

Judge Sterling Johnson
United State Courthouse Eastern District
225 CAD MAN PLAZA EAST
Brooklyn NY 11201

11201-163286