RECEIVED
MAY 19 2026
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2026 ★
BROOKLYN OFFICE

To the Judge

05/13/26

I have read the recent decision by the appeals court of the 2 circuit in the case of (United States vs Ullah) where the defendants appeal was affirmed that he did not provide material support to ISIS as "personelle" due to the lack of evidence that he was "under the direction and control" and was acting "entirely independently".

So my case holds the same conditions although it is an alleged attempt of material support.

Now the appeals court holds that excluded from their ruling are cases of individuals who traveled abroad to submit themselves "under the direction and control" of the DFTO.

However there is in my case not one single piece of evidence that I wanted to fight for the Islamic state.

Not a statement I made or of any witness who testified in my case against me.

In other words there is no evidence connecting my traveling to islamic state territory to me allegedly wanting to fight for them or even act as personelle in any capacity.!

REC'D IN PRO SE OFFICE
MAY 20 '26 PM12:15

The most the prosecution presented at trial was favorable statements I made about ISIS on the Internet and google searches regarding Jihadist History and watching a few of their propaganda videos.

The facts are that I was only trying to travel to the islamic state to learn more about them as I had recently converted to Islam the month before.

I challenge the prosecution to bring forth any evidence to challenge what I assert here. And If they cant and they wont, then I ask the court to reverse the conviction against me in accordance with the decision in (united states vs Ullah) that there was no "direction and control" in the prosecution of providing my self as "personelle" as a fighter or any other capacity.

thank you for your consideration

Bernard Augustine

Bernard Augustine 90712-053
FCI Cumberland
P.O. Box 1000
Cumberland MD, 21501

14 MAY 2026 PM 4 L

USMS

⇔90712-053⇔
Eastern District Of Newyork
225 Cadman PLZ E
Brooklyn, NY 11201
United States

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2026 ★
BROOKLYN OFFICE

26-90712053-0513-MO-1

11201-183299