RECEIVED
JUL 20 2026
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 20 2026 ★
BROOKLYN OFFICE

To Judge Reyes

Following the judge's order of June 4th, I am filing this amended motion of 28 U.S.C 2255 and to confirm that my last letter seeking relief is intended as a 2255 motion.

This motion is timely because the decision in United States vs. Ullah presented a new understanding of how a material support of terrorism, of providing one self as personelle must be determined.
See points 5,6,7,8 of United States vs. Ullah.
This decision clarifies how one may be prosecuted or prevented being prosecuted on a "personelle" theory of material support.
So I couldnt possibly have made this claim before this decision.

REC'D IN PRO SE OFFICE
JUL 20 '26 PM4:19

As for the doctrine of equitable tolling and extraordinary circumstance in my case is due to how I was treated during pre-trial detention in the matter of the proceeding of my case and mental well being having suffered deterioration

I was ordered detained in MDC Brooklyn in early 2018 after having been brought from a 2 year imprisonment in Tunisia.
The MDC in Brooklyn is known for its exceptionally high level of violence and corruption of staff and abuse of inmates.
In 2020 increased restrictions due to the covid 19 pandemic resulted in increased violence, corruption and abuse of inmates, even resulting in inmate deaths. In the midst of this I myself suffered violence from staff even to the point I was forced by staff to fight another inmate.
You can confirm this by checking MDC SIA Records.
Towards the end of 2020 I began writing an asking the court for a speedy trial. I wrote and asked by telephone conference multiple times.
Yet I was denied a speedy trial because the prosecution impressed upon the judge that my case be designated as complex, when it was in fact the weakest material support case ever prosecuted.

furthermore they outright lied to the presiding judge exxagerating the number of witnesses on my case and requirement for security for jurors stating I had the orginazational capability to harm the jurors. This is all found in court recordings from November 2020 to May 2021 if you wish to confirm what I write here.

All this resulted in a loss of hope in the justice of the court. and to make it short and simple I gave up in getting relief from the court. I fired my representing counsel and represented myself going forward. And when I lost the trial as I expected I did not persue the appeal because I believed in that doing so would distract me from surviving in the brutality of a prison system that is flooded with drugs, controlled by gangs and staffed by abusive and corrupt gaurds.

If I had been a career criminal or drug dealer or rapist, I would have known that I deserved to fight my case in those conditions. But I was a new convert to Islam for only a month before I was imprisoned for just attempting to travel to the Islamic state. Before that I was just a regular 19 year old civilian.

I even tried my best to get bail to fight my case in peace and security but the prosecution fabricated witness alleging absurd plots and when asked to produce said witnesses by Magistrate Judge Levy they failed to do so.

If those are not extraordinary circumstances, I really dont know what is. , but I am hoping now, by Gods Grace and Blessing I will get justice from this court.

thank you for your Consideration, Burak Aygurten.

Bernard Augustine 90712-053
Federal Correctional Institution Cumberland
P.O. Box 1000
Cumberland, MD 21501

BALTIMORE MD 212
15 JUL 2026 PM 3 L

Freedom 250

USA FOREVER

⇔90712-053⇔
Eastern District Of Newyork
225 Cadman PLZ E
Brooklyn, NY 11201
United States

SWSn

11201-183299

26-90712053-0714-L0-1

FILED
IN CLERK'S OFF... D.N.Y.
U.S. DISTRICT ...
★ JUL 20 2026 ★
BROOKL... OFFICE